*Wilkinson,* for appellant.
*Bush,* for appellee.

---

John Beavan, &c., *v.* N. T. Berry, Trustee, &c.

**Husband and Wife—Tenants of Entirety.**
　　Right of survivor to take, and convey.

APPEAL FROM MARION CIRCUIT COURT.

January 17, 1871.

Opinion of the Court by Judge Peters:

As to two-thirds of the land conveyed by Hagan, and Berry and wife to Jarboe and wife, took as tenants of the entirety, that conveyance was made in *1827,* before the adoption of the *Revised Statutes.*

By the stern rule of law established by a current of authorities, coming down to 1868, the last reported case on the question being *Simmons, etc., vs. McKay, etc., 5 Bush 25,* the surviving grantee

under deeds of this character is entitled to the estate. The case of *Babbit, etc., vs. Scroggin, etc., 1 Duvall,* is very similar to this in its facts, and in that case the husband having survived was adjudged entitled to the estate.

As it appears that W. Jarboe survived his wife, he thereby became entitled to two-thirds of the land under the deed of Hagan and Berry and wife, which, by his conveyance, passed to his trustee.

Wherefore, the judgment is *reversed,* and the cause remanded for further proceedings consistent herewith.

*Noble, for appellants.*
*Harrison, for appellees.*